STATE OF NEW JERSEY v. MICHAEL LAVINE.

January 11, 1983.

Petition for certification denied.

EUGENE SCHNEIDER v. PHOEBE JACOBY.

January 11, 1983.

Petition for certification denied.

LUIS RUIZ v. HEFLER SNYDER COMPANY.

January 11, 1983.

Petition for certification denied.

CITY OF ATLANTIC CITY v. ATLANTIC COUNTY BOARD OF TAXATION.

January 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK ROCCHETTI.

January 11, 1983.

Petition for certification denied.